UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| IN RE: ROBERT F. SLONE<br>JENNIFER L. SLONE | ) | CASE NO. 15-10206 |
| | ) | |
| DEBTORS | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ROBERT F. SLONE | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JENNIFER L. SLONE | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Adversarial No. _____ |
| | ) | |
| NATIONAL COLLEGIATE STUDENT LOAN<br>MASTER TRUST; NATIONAL COLLEGIATE<br>STUDENT LOAN TRUST 2005-1<br>c/o Wilmington Trust Company, Registered Agent<br>Rodney Square North<br>1100 N. Market Street<br>Wilmington, DE  19890 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TERI LOAN HOLDINGS, LLC<br>c/o Corporation Service Co., Registered Agent<br>421 West Main Street<br>Frankfort, KY  40601 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PENNSYLVANIA HIGHER EDUCATION<br>ASSISTANCE AGENCY<br>*also dba American Education Services*<br>c/o CT Corporation System, Registered Agent<br>600 N. 2nd Street, Suite 401<br>Dauphin County<br>Harrisburg, PA  17101-1071 | ) | |

1

|  |  |
|---|---|
| and | ) |
|  | ) |
|  | ) |
| KENTUCKY HIGHER EDUCATION | ) |
| STUDENT LOAN CORPORATION | ) |
| c/o Diana L. Barber, Registered Agent | ) |
| 10180 Linn Station Road, Suite C200 | ) |
| Louisville, KY  40224 | ) |
|  | ) |
| Defendants. | ) |

## COMPLAINT TO DETERMINE
## DISCHARGEABILITY OF STUDENT LOANS

COMES NOW Plaintiff Robert F. Slone and Jennifer L. Slone, by and through counsel, and for their Adversarial Complaint against National Collegiate Student Loan Master Trust, National Collegiate Student Loan Trust 2005-1, TERI Loan Holdings, LLC, Pennsylvania Higher Education Assistance Agency (d/b/a American Education Services), and Kentucky Higher Education Student Loan Corporation, states the following.

## PARTIES

1. Robert F. Slone and Jennifer L. Slone, both residing at 1909 Dillow Court Flatwoods, Kentucky, 41139, filed their bankruptcy case under Chapter 13 of the Bankruptcy Code on June 12, 2015, in the United States Bankruptcy Court for the Eastern District of Kentucky (Case Number 15-10206).

2. National Collegiate Student Loan Master Trust and National Collegiate Student Loan Trust 2005-1 (*hereinafter* "The Trusts") are Delaware Statutory Trusts with Wilmington Trust Company being both the registered agent and The Trusts' Owner Trustee. Wilmington Trust Company has its principal business office at Rodney Square North, 1100 N. Market Street, Wilmington, DE  19890. National Collegiate Student Loan Trust 2005-1 filed Claim 2-1 in Plaintiffs' Bankruptcy case.

3. TERI Loan Holdings, LLC, is a Delaware corporation with a principal office location of CR3 Partners, LLC, One Marina Park Drive, Suite 141, Boston, MA 02210, and a registered agent of Corporation Service Company, 421 West Main Street, Frankfort, KY 40601. It has filed Claim 9-1 in Plaintiffs' Bankruptcy case.

4. Pennsylvania Higher Education Assistance Agency, also doing business as American Education Services, is a Pennsylvania Miscellaneous Business Corporation with a principal office address at 1200 North 7th Street, 3rd Floor, Harrisburg, PA 17102, and a registered agent of CT Corporation System, 600 N. 2nd Street, Suite 401, Dauphin County, Harrisburg, PA 17101-1071.

5. Kentucky Higher Education Student Loan Corporation is an independent de jure municipal corporation and political subdivision of the Commonwealth of Kentucky. Its registered agent is Diana L. Barber, 10180 Linn Station Road, Suite C200, Louisville, KY 40224.

## JURISDICTION AND VENUE

6. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

7. Venue of this proceeding is proper in this District pursuant to 28 U.S.C. § 1409.

8. This adversary proceeding is a core proceeding under 28 U.S.C. § 157(b)(2).

## REQUEST FOR DISCHARGE OF STUDENT LOAN DEBT

9. Plaintiffs Robert F. Slone and Jennifer L. Slone, filed this case under Chapter 13 of the Bankruptcy Code on June 12, 2015.

10. Plaintiffs Robert F. Slone and Jennifer L. Slone, have student loan debt and some of the entities who currently own the debt appear to be National Collegiate Student Loan Master

Trust and National Collegiate Student Loan Trust 2005-1. National Collegiate Student Loan Trust 2005-1 filed Claim 2-1 in Plaintiffs' Bankruptcy Case for $71,354.86.

11.     Plaintiffs Robert F. Slone and Jennifer L. Slone, have student loan debt and one of the entities who currently owns the debt appears to be TERI Loan Holdings, LLC, which filed Claim 9-1 in the Plaintiffs' Bankruptcy Case (15-10206) for $110,242.52.

12.     Plaintiffs Robert F. Slone and Jennifer L. Slone, have student loan debt and one of the entities who currently owns the debt appears to be Pennsylvania Higher Education Assistance Agency (d/b/a American Education Services).

13.     Plaintiffs Robert F. Slone and Jennifer L. Slone, have student loan debt and one of the entities who currently owns the debt appears to be the Kentucky Higher Education Student Loan Corporation.

14.     Plaintiffs Robert F. Slone and Jennifer L. Slone have insufficient current or anticipated available income or resources with which to pay the aforementioned educational loans and any payments on those loans could be made only at great hardship to Plaintiffs Robert F. Slone and Jennifer L. Slone.

    a.    The debtors cannot maintain, based on current income and expenses, a "minimal" standard of living for themselves and their dependents if forced to repay the loans;

    b.    Additional circumstances exist indicating that this state of affairs is likely to persist for a significant portion of the repayment period (i.e., both debtors are disabled);

    c.    The debtors have made good faith efforts to repay the loans.

15.     In the language of 11 U.S.C. § 523 (a)(8), excepting such debts from discharge would impose an undue hardship on the Plaintiffs Robert F. Slone and Jennifer L. Slone.

WHEREFORE, Plaintiffs Robert F. Slone and Jennifer L. Slone pray that this Court enter an order declaring all of their student loan debts to be dischargeable as well as discharged in their bankruptcy case, including any and all of the loans held by the named Defendants herein. Plaintiffs Robert F. Slone and Jennifer L. Slone further pray for any and all further relief to which they may appear entitled.

Dated:  August 17, 2018                                         *Respectfully Submitted,*

HOLMES LAW FIRM

/s/ Elaina L. Holmes\
Elaina L. Holmes\
Holmes Law Firm\
Community Trust Bank Building\
1544 Winchester Avenue, Suite 912\
Ashland, KY  41101\
Mailing:  P.O. Box 714\
            Flatwoods, KY  41139\
Telephone: (606) 325-0288\
Fax:  (606) 325-0245\
Attorney for Plaintiffs:\
   Robert F. Slone\
   Jennifer L. Slone